CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022-5085 M-13 DIVISION "____"

MELONY LEWIS AND KYLE LYNCH

VS.

AUTO-OWNERS INSURANCE COMPANY, ERIC RATLEY, GLEN REYMANN, AND VETEK LLC

FILED:_____           _____
                                                              DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of **MELONY LEWIS AND KYLE LYNCH**, persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, respectfully represent:

I.

Made defendants herein are:

**AUTO-OWNERS INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**ERIC RATLEY,** a person of the full age of majority and a resident of the County of Collin, State of Texas;

**GLEN REYMANN**, a person of the full age of majority and a resident of the County of Orange, State of Florida; and

**VETEK LLC**, a foreign company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitiones for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **September 20, 2021**, an accident occurred at I-10 in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **GLEN REYMANN and/or VETEK LLC** and operated by **ERIC RATLEY**, struck the rear of the vehicle owned and operated by **MELONY LEWIS. KYLE LYNCH** was a guest passenger of the vehicle owned and operated by **MELONY LEWIS.**

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **ERIC RATLEY**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Following too closely;
b) Failure to stop;
c) Failure to see what he should have seen;
d) Failure to keep a good and careful lookout;
e) Failure to maintain a safe distance from other vehicles;
f) Operating his vehicle in a careless and reckless manner without regard for the safety of others;
g) Failure to maintain reasonable and proper control of the vehicle which he was operating;
h) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and
i) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **ERIC RATLEY**, Petitioners, **MELONY LEWIS AND KYLE LYNCH** were injured and are entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **ERIC RATLEY** was in the course and scope of employment for and/or on a mission and/or errand for **GLEN REYMANN** and/or **VETEK LLC** on the date of this accident, thus rendering said defendant, **GLEN REYMANN**, vicariously liable unto Petitioners with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **AUTO-OWNERS INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **GLEN REYMANN and/or VETEK LLC** and operated by **ERIC RATLEY**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **AUTO-OWNERS INSURANCE COMPANY**, liable unto Petitioners with the other named defendants.

**WHEREFORE,** Petitioners pray that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioners and against the defendants, **AUTO-OWNERS INSURANCE COMPANY, ERIC RATLEY, GLEN REYMANN, AND VETEK LLC**, jointly and *in solido* in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium, rental expenses, property damage, and loss of use and/or depreciation of vehicle together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
JERRY LASSALLE #36545
jlassalle@edwardwomac.com
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178

**PLEASE SERVE:**

**AUTO-OWNERS INSURANCE COMPANY**
Through Louisiana Long Arm Statute
Through Its Registered Agent for Service of Process:
Chief Financial Officer
200 E. Gaines St.
Tallahassee, FL 32399

**GLEN REYMANN**
Through the Louisiana Long Arm
3138 Mattson Dr.
Orlando, FL 32825

**VETEK LLC**
Through the Louisiana Long Arm
Through Its Registered Agent for Service of Process:
Glenn Reymann
3138 Mattson Dr.
Orlando, FL 32825

**ERIC RATLEY**
Through the Louisiana Long Arm Statute
1300 N Central Expy # 108
McKinney, TX 75070